United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert C. McCall  
Pauline Houston McCall  
    Debtors

Case No. 20-10214-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Jan 14, 2020  
                       Form ID: 130       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2020.  
db/jdb     +Robert C. McCall,   Pauline Houston McCall,   937 N. Lawrence Street,   Philadelphia, PA 19123-1439

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                           Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:  
        MICHAEL A. CIBIK2    on behalf of Debtor Robert C. McCall ecf@ccpclaw.com,   igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2    on behalf of Joint Debtor Pauline Houston McCall ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                        TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:              Chapter: 13

    Robert C. McCall and
Pauline Houston McCall

           Debtor(s)           Bankruptcy No: 20–10214–jkf

***O R D E R***

**AND NOW,** this 14th day of January 2020 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Matrix List of Creditors due 01/20/2020.
    Atty Disclosure Statement due 01/27/2020.
    Chapter 13 Plan due by 1/27/2020.
    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1(old)Due 01/27/2020.
    Means Test Calculation Form 122C–2 – <I>If Applicable</I> – Due: 1/27/2020.
    Schedules AB–J due 01/27/2020.
    Statement of Financial Affairs due 01/27/2020.
    Summary of Assets and Liabilities Form B106 due 01/27/2020.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

4
Form 130