**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **ROBERT C. & PAULINE HOUSTON McCALL** | : | BKY. NO. 20-10214JKF13 |

**O R D E R**

AND NOW, this            day of                       , 20___ upon consideration of Debtor's Application for an additional Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **02/18/2020** to file the necessary Schedules, Plan, Means Test and Statement of Financial Affairs in the above captioned matter.

By the Court:

**Date: February 12, 2020**

Hon. Jean K. FitzSimon
U.S. Bankruptcy Court Judge