United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert C. McCall  
Pauline Houston McCall  
    Debtors

Case No. 20-10214-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Feb 12, 2020  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2020.  
db/jdb      +Robert C. McCall,   Pauline Houston McCall,   937 N. Lawrence Street,    Philadelphia, PA 19123-1439

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2020 at the address(es) listed below:  
      MICHAEL A. CIBIK2    on behalf of Debtor Robert C. McCall ecf@ccpclaw.com,   igotnotices@ccpclaw.com  
      MICHAEL A. CIBIK2    on behalf of Joint Debtor Pauline Houston McCall ecf@ccpclaw.com,   igotnotices@ccpclaw.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 bkgroup@kmllawgroup.com  
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                  TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ROBERT C. & PAULINE HOUSTON McCALL | : | BKY. NO. 20-10214JKF13 |

**O R D E R**

AND NOW, this _____ day of _____, 20___ upon consideration of Debtor's Application for an additional Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **02/18/2020** to file the necessary Schedules, Plan, Means Test and Statement of Financial Affairs in the above captioned matter.

By the Court:

**Date: February 12, 2020**

Hon. Jean K. FitzSimon
U.S. Bankruptcy Court Judge