UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

**In re:**

Robert C. McCall
937 N. Lawrence Street
Philadelphia, PA 19123

Case No. 20-10214-jkf
Chapter 13

Debtor,

Pauline Houston McCall
a/k/a Pauline Houston
937 N. Lawrence Street
Philadelphia, PA 19123

Joint Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**COMES NOW**, Jennie C. Shnayder, Esq., and Dwaldmanlaw, P.C. attorneys for Secured Creditor, Trinity Financial Services, LLC, and hereby enters its notice of appearance in the above-styled action.

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

Jennie C. Shnayder, ESQ.
**Dwaldmanlaw, P.C.**
Attorneys for Secured Creditor
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
Telephone: (844) 899-4162
Facsimile: (844) 882-4703
Primary email: bankruptcy@dwaldmanlaw.com
Email 1: jennie@dwaldmanlaw.com
Email 2: lynne@dwaldmanlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31st Day of March 2020, I served a copy of the foregoing Notice of Appearance and Request for Service by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

**SERVICE LIST**

*Debtor*
Robert C. McCall
937 N. Lawrence Street
Philadelphia, PA 19123

*Joint Debtor*
Pauline Houston McCall
a/k/a Pauline Houston
937 N. Lawrence Street
Philadelphia, PA 19123

Michael A. Cibik2
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
*Debtor(s) Attorney*

*Trustee*
Scott F. Waterman (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

*U.S. Trustee*
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Signature: /s/ Jennie C. Shnayder
Jennie C. Shnayder, Esq., ID #315213
DWALDMANLAW, P.C.
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
Telephone: (844) 899-4162
Facsimile: (844) 882-4703
Email: jennie@dwaldmanlaw.com
Email 2: bankruptcy@dwaldmanlaw.com
Email 3: lynne@dwaldmanlaw.com
Attorney for Secured Creditor