**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                                          :Chapter 13
**Robert C. McCall**
**Pauline Houston McCall**

   (DEBTOR)                                     :Bankruptcy#20-10214JKF13


<u>PRAECIPE</u>


TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

      Kindly withdraw Proof of Claim #7 filed on March 26, 2020.


DATED: April 1, 2020                          _____/s/_____
                                                     Michael A. Cataldo, Esquire
                                                     Cibik and Cataldo, P.C.
                                                     1500 Walnut Street, Suite 900
                                                     Philadelphia, PA 19102
                                                     (215) 735-1060