IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: Robert C. McCall,<br>    Debtor,<br><br>Pauline Houston McCall,<br>    Joint-Debtor,<br>_____<br><br>Trinity Financial Services, LLC,<br>    Movant,<br><br>v.<br><br>Robert C. McCall;<br>Pauline Houston McCall,<br>    Respondents. | Case No.: 20-10214-jkf<br>Chapter 13<br><br><br><br><br><br><br><br>Judge Jean K. FitzSimon |

## ORDER GRANTING SECURED CREDITOR, TRINITY FINANCIAL SERVICES, LLC'S MOTION TO DEEM LATE FILED PROOF OF CLAIM AS TIMELY FILED

**THIS CAUSE** came before the Court on May 12, 2020, whereby this Court conducted a hearing on Secured Creditor's Motion to Deem Late Filed Proof of Claim as Timely Filed [Doc. No. 23] and determined that no objections had been received. Secured Creditor's Motion to Deem Late Filed Proof of Claim as Timely Filed is hereby **GRANTED**. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. Secured Creditor's Motion to Deem Late Filed Proof of Claim as Timely Filed is hereby **GRANTED**.

2. Secured Creditor's Proof of Claim Number 8 is hereby allowed.

3. Proof of Claim Number 7 filed by the Debtors is to be immediately withdrawn and supplemented by Proof of Claim Number 8 filed by Secured Creditor.