United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 20-10214-jkf
Robert C. McCall                                                        Chapter 13
Pauline Houston McCall
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: May 14, 2020
                              Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2020.
db/jdb         +Robert C. McCall,    Pauline Houston McCall,    937 N. Lawrence Street,
                 Philadelphia, PA 19123-1439
14490170       +Trinity Financial Services, LLC,    c/o Dwaldmanlaw PC,    4900 Carlisle Pike, # 182,
                 Mechanicsburg, PA 17050-7709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14453780       +E-mail/Text: bankruptcy@trinityfs.com May 15 2020 03:18:52      Trinity Financial Services,
                 2618 San Miguel Drive,   Newport Beach, CA 92660-5437
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2020                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2020 at the address(es) listed below:
              JENNIE  SHNAYDER    on behalf of Creditor    Trinity Financial Services, LLC jennie@dwaldmanlaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Pauline Houston McCall ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Robert C. McCall ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Pauline Houston McCall ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Robert C. McCall ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee
               for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In re: Robert C. McCall,<br>    Debtor, | Case No.: 20-10214-jkf<br>Chapter 13 |
| Pauline Houston McCall,<br>    Joint-Debtor, | |
| Trinity Financial Services, LLC,<br>    Movant, | |
| v. | Judge Jean K. FitzSimon |
| Robert C. McCall;<br>Pauline Houston McCall,<br>    Respondents. | |

## ORDER GRANTING SECURED CREDITOR, TRINITY FINANCIAL SERVICES, LLC'S MOTION TO DEEM LATE FILED PROOF OF CLAIM AS TIMELY FILED

**THIS CAUSE** came before the Court on May 12, 2020, whereby this Court conducted a hearing on Secured Creditor's Motion to Deem Late Filed Proof of Claim as Timely Filed [Doc. No. 23] and determined that no objections had been received. Secured Creditor's Motion to Deem Late Filed Proof of Claim as Timely Filed is hereby **GRANTED**. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. Secured Creditor's Motion to Deem Late Filed Proof of Claim as Timely Filed is hereby **GRANTED**.

2. Secured Creditor's Proof of Claim Number 8 is hereby allowed.

3. Proof of Claim Number 7 filed by the Debtors is to be immediately withdrawn and supplemented by Proof of Claim Number 8 filed by Secured Creditor.

Dated: May 14, 2020

_____
JEAN K. FITZSIMON
U.S. Bankruptcy Judge