UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Robert C. McCall | Bankruptcy No.20-10214-AMC |
| Pauline Houston McCall | |
| Debtors | |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 2nd day of July, 2020, by first class mail upon those listed below:

Robert C. McCall
Pauline Houston McCall
937 N. Lawrence Street
Philadelphia, PA  19123

**Electronically via CM/ECF System Only:**

CIBIK & CATALDO PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA, PA  19102

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee