United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 20-10214-amc
Robert C. McCall                                                Chapter 13
Pauline Houston McCall
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: ChrissyW           Page 1 of 2              Date Rcvd: Aug 12, 2020
                             Form ID: pdf900          Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2020.
```
db/jdb         +Robert C. McCall,    Pauline Houston McCall,    937 N. Lawrence Street,
                 Philadelphia, PA 19123-1439
14453762       +Aldous and Associates, PLLC,    Attn: Bankruptcy,    PO Box 171374,    Holladay, UT 84117-1374
14453768       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
14453769       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14453286       +Federal Home Loan Mortgage Corporation, as Trustee,    C/O KML Law Group,
                 701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14454377       +Federal Home Loan Mortgage Corporation, as Trustee,    c/o Rebecca A Solarz, Esquire,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14453771       +Jennie Shnayder, Esq.,    148 E. Street Road,    Suite 352,    Feasterville, PA 19053-7604
14453774        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
14453776       +Philadelphia Traffic Court,    Hon. Gary Glazer,    800 Spring Garden Street,
                 Philadelphia, PA 19123-2616
14453777       +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-FD7   601 Penn St,
                 Reading, PA 19601-3544
14463160       +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, Tx 76161-0244
14453779       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
14490170       +Trinity Financial Services, LLC,    c/o Dwaldmanlaw PC,    4900 Carlisle Pike, # 182,
                 Mechanicsburg, PA 17050-7709
14490520       +Trinity Financial Services.LLC,    c/o Jennie C. Shnayder .,    4900 Carlisle Pike, # 182,
                 Mechanicsburg, PA 17050-7709
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 13 2020 04:26:41     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 13 2020 04:26:34     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14453765        E-mail/Text: megan.harper@phila.gov Aug 13 2020 04:26:41     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14453766        E-mail/Text: megan.harper@phila.gov Aug 13 2020 04:26:41     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
14517161        E-mail/Text: megan.harper@phila.gov Aug 13 2020 04:26:41
                 City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
14509976        E-mail/Text: megan.harper@phila.gov Aug 13 2020 04:26:41      Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
14453763       +E-mail/Text: ecf@ccpclaw.com Aug 13 2020 04:25:55     Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
14453767       +E-mail/Text: bankruptcy@philapark.org Aug 13 2020 04:26:48     City of Philadelphia,
                 Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
14478180        E-mail/Text: jennifer.chacon@spservicing.com Aug 13 2020 04:26:52
                 Federal Home Loan Mortgage Corporation, et. al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
14478842       +E-mail/Text: jennifer.chacon@spservicing.com Aug 13 2020 04:26:52
                 Federal Home Loan Mortgage Corporation, et. al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65450,    Salt Lake City, UT 84165-0450
14453770        E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 13 2020 04:26:08      I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14472086       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 13 2020 04:26:24     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN MI 48090-2011
14453772       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 13 2020 04:26:24     Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14453773       +E-mail/PDF: pa_dc_claims@navient.com Aug 13 2020 04:31:50     Navient,    Attn: Bankruptcy,
                 PO Box 9640,    Wiles-Barr, PA 18773-9640
14452638        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2020 04:26:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14453775       +E-mail/Text: bankruptcy@philapark.org Aug 13 2020 04:26:48     Philadelphia Parking Authority,
                 Bankruptcy Department,    701 Market Street,    Philadelphia, PA 19106-2895
14453778       +E-mail/Text: jennifer.chacon@spservicing.com Aug 13 2020 04:26:52
                 Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
14453780       +E-mail/Text: bankruptcy@trinityfs.com Aug 13 2020 04:26:45      Trinity Financial Services,
                 2618 San Miguel Drive,    Newport Beach, CA 92660-5437
                                                                                              TOTAL: 18
```

```
District/off: 0313-2          User: ChrissyW           Page 2 of 2                    Date Rcvd: Aug 12, 2020
                              Form ID: pdf900          Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
cr*           +Trinity Financial Services, LLC,   c/o Dwaldmanlaw, PC,   4900 Carlisle Pike,   # 182,
                Mechanicsburg, PA 17050-7709
14453764*     +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2020 at the address(es) listed below:
```
              JENNIE   SHNAYDER    on behalf of Creditor    Trinity Financial Services, LLC jennie@dwaldmanlaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Pauline Houston McCall ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Robert C. McCall ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Pauline Houston McCall ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Robert C. McCall ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee
               for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　Robert C. McCall<br>　　　Pauline Houston McCall<br><br>　　　　　　Debtors | Chapter 13<br><br>Bankruptcy No. 20-10214-AMC |

ORDER DISMISSING CHAPTER 13 CASE

　　AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

　　IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 12, 2020**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE